BLANK ROME LLP
Warren A. Koshofer (SBN 213350)
koshofer@blankrome.com
1925 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone:   (424) 239-3400
Facsimile:    (424) 239-3434

BLANK ROME LLP
Elaine D. Solomon
solomon@blankrome.com
Laurie Alberts Salita
salita@blankrome.com
130 North 18th Street
Philadelphia, Pennsylvania  19103
Telephone:   (215) 569-5500
Facsimile:    (215) 569-5555
(*Pro Hac Vice applications to be filed*)

Counsel for Defendant
ROSEMOUNT AEROSPACE INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUELA JUGUETA, et al. | Case No. 3:10-cv-00977-SI |
| Plaintiffs, | |
| vs. | |
| AIRBUS S.A.S., et al., | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| Defendants. | |

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT ROSEMOUNT AEROSPACE INC.**

103576.00983/11992459v.1

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could are substantially affected by the outcome of this proceeding:

1. Goodrich Corporation (parent corporation of Defendant Rosemount Aerospace Inc.)

Dated: May 4, 2010        BLANK ROME LLP

By:   /s/ Warren A. Koshofer
         Warren A. Koshofer

Elaine D. Solomon
Laurie Alberts Salita
(*Pro Hac Vice applications to be filed*)
solomon@blankrome.com
salita@blankrome.com
130 North 18th Street
Philadelphia, Pennsylvania  19103
Telephone:  (215) 569-5500
Facsimile:   (215) 569-5555

Attorneys for Defendant
ROSEMOUNT AEROSPACE INC.

- 1 -

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT ROSEMOUNT AEROSPACE INC.**

103576.00983/11992459v.1

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT that on May 4, 2010, I electronically filed the foregoing Certification of Interested Entities or Persons of Defendant Rosemount Aerospace Inc. with the Clerk of the Court using the CM/ECF system.

Counsel is also serving by email this document on those parties who have yet to file an appearance in this case or to any counsel of record (or unrepresented parties) unable to receive electronic filing as indicated on the Notice of Electronic Filing.

By:   /s/      Warren A. Koshofer

- 1 -

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT ROSEMOUNT AEROSPACE INC.**

103576.00983/11992459v.1